Matter of Herrneckar v Wiggins (2023 NY Slip Op 06696)

Matter of Herrneckar v Wiggins

2023 NY Slip Op 06696

Decided on December 22, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 22, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, BANNISTER, GREENWOOD, AND DELCONTE, JJ.

1017 CAF 21-00902

[*1]IN THE MATTER OF ANDREW HERRNECKAR, PETITIONER-RESPONDENT,
v
MELISSA WIGGINS, RESPONDENT-APPELLANT. 

MICHAEL J. PULVER, NORTH SYRACUSE, FOR RESPONDENT-APPELLANT. 
MAUREEN A. PINEAU, ROCHESTER, FOR PETITIONER-RESPONDENT.
SUSAN E. GRAY, CANANDAIGUA, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Ontario County (Brian D. Dennis, J.), entered May 3, 2021, in a proceeding pursuant to Family Court Act article 6. The order, among other things, awarded petitioner sole legal custody and primary physical placement of the subject child. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: December 22, 2023
Ann Dillon Flynn
Clerk of the Court